

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:           01-13-00059-CV

Style:                  J.G. Wentworth Originations, LLC

                        **v** Shantel D. Freelon

Date motion filed*:     April 3, 2013

Type of motion:         Motion to Consolidate and for Briefing Schedule

Party filing motion:    J.G. Wentworth Originations, LLC

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

    ☐      Granted
          If document is to be filed, document due:

          ☐   The Clerk is instructed to file the document as of the date of this order
          ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    x      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Terry Jennings
          ☑ Acting individually    ☐ Acting for the Court

Date:  April 5, 2013